KM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin Lorenzo Thomas,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County Jail, et al.,<br><br>    Defendants. | No. CIV 05-2189-PHX-DGC (JRI)<br><br>**ORDER** |

On July 22, 2005, Plaintiff Robin Lorenzo Thomas, presently confined in the Arizona State Prison Complex-Winslow, filed a Civil Rights Complaint by a Prisoner ("Complaint") pursuant to 42 U.S.C. § 1983. On October 5, 2005, the Court dismissed the Complaint with leave to amend (Doc. #5).

On February 14, 2005, this action was dismissed because Plaintiff had failed to file an amended complaint as required by the Court's Order. On the same day, Plaintiff filed a First Amended Complaint (Doc. #10). Plaintiff filed a Motion for Extension of Time (Doc. #11) on February 23, 2006. On March 21, 2006, Plaintiff filed a Motion to Reopen Case (Doc. #12).

In his Motion to Reopen Case, Plaintiff states that he did not receive the Court's October 5, 2005 Order until November 17, 2005 and was therefore unable to comply with the thirty-day deadline for filing an amended complaint. Plaintiff fails to explain why, after

1 receiving the Court's Order on November 17, 2005, he failed to take any action in this case
2 for nearly three months. Because Plaintiff made no effort to comply with the Court's Order
3 for such an extended period of time after receiving the Order, the Court will deny Plaintiff's
4 Motion to Reopen Case.

**IT IS THEREFORE ORDERED** as follows:

(1) Plaintiff's March 21, 2006 Motion to Reopen Case (Doc. #12) is DENIED;

(2) Plaintiff's February 23, 2006 Motion for Extension of Time (Doc. #11) is DENIED AS MOOT.

DATED this 13th day of April, 2006.

*(signature)*
David G. Campbell
United States District Judge